# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LANCE SILVA and KATHY KAST,

*Plaintiff*

v.

COUNTRY MUTUAL INSURANCE COMPANY,

*Defendant*

Civil Action No.  CV-13-0146-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to the parties' Stipulation for Dismissal with Prejudice, ECF No. 40, the Complaint and the claims therein are dismissed with prejudice and without an award of costs or attorney's fees to any party.  Judgment of Dismissal is hereby entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  June 25, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb